DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SANDRA RESTREPO,**
Appellant,

v.

**HSBC BANK USA, N.A.,**
Appellee.

No. 4D19-3795

[October 14, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE18-3116.

Bruce Botsford of Bruce Botsford, P.A., Fort Lauderdale, for appellant.

Leonard C. Atkins IV of Ballaga, Freedman & Atkins, LLP, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.  See Cruz v. CitiMortgage, Inc.*, 197 So. 3d 1185 (Fla. 4th DCA 2016).

WARNER, GERBER and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***